D. Sims Crawford
Chapter 13 Bankruptcy Cases
Northern District of Alabama
Unclaimed Funds Remittance Statement

| Case No. | Debtor | Creditor | Amount | Check No |
|---|---|---|---|---|
| 07-01696 | Case, Alisha & William | 2674 Streetman Circle<br>Birmingham, AL 35235 | 0.41 | 634222 |
| 12-05834 | Higginbotham, Teresa | 259 4th Ave SW<br>Graysville, AL 35073 | 70.17 | 634222 |
| 11-01391 | Jones, Donna | 620 Center Place SW<br>Birmingham, AL 35211 | 271.50 | 634222 |
| 09-01811 | Noland, Jr. Frank | 218 74th St No<br>Birmingham, AL 35206 | 1,557.58 | 634222 |
| 09-07336 | Ragland, Jerry | 3216 Ave G<br>Birmingham, AL 35218 | 497.07 | 634222 |
| 12-00700 | Smith, Jesse | 5505 Crestwood Blvd<br>Birmingham, AL 35212 | 18.95 | 634222 |
| 15-01425 | Young, Latasha | 7717 3rd Ave S<br>Birmingham, AL 35206 | 190.00 | 634222 |
| 09-00031 | Peterson, Aisha | 929 Court T<br>Birmingham, AL 35214 | 2,472.60 | 634222 |
| 13-00815 | Johnson, Tijuana | 720 14th St SW<br>Birmingham, AL 35211 | 307.38 | 634222 |

D. Sims Crawford
Chapter 13 Bankruptcy Cases
Northern District of Alabama
Unclaimed Funds Remittance Statement

| Case No. | Name | Address | Amount | Check # |
|---|---|---|---|---|
| 15-02233 | Powell, Legrgrane | 185 Allen Dr, Apt 205<br>Alabaster, AL 35007 | 240.00 | 634222 |
| 10-03823 | Bryant, Amtthew & Virginia | 713 14th Ave NW<br>Birmingham, AL 35215 | 841.71 | 634222 |
| 10-02956 | Carroll, Julia | PO Box 55072<br>Birmingham, AL 35255 | 125.91 | 634222 |